UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

RUBEN REYES-ESCHEVARRIA,

       *Petitioner*,

v.

MONICA RECTENWALD,

       *Respondent*.

Civil Action No. 15-258

ORDER

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) This petition for habeas corpus is **DISMISSED** for lack of subject matter jurisdiction.

(3) This case is **CLOSED**.

(4) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 6th day of December, 2016.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE